UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

| | | |
|---|---|---|
| BARBARA E. JOHNSON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:05-cv-1879-RLY-WTL |
| | ) | |
| MADISON COUNTY OFFICE OF | ) | |
| INDIANA DEPARTMENT OF CHILD | ) | |
| SERVICES a/k/a INDIANA FAMILY and | ) | |
| SOCIAL SERVICES ADMINISTRATION | ) | |
| a/k/a OFFICE OF FAMILY and | ) | |
| CHILDREN, | ) | |
| Defendant. | | |

**ORDER ON DEFENDANT'S MOTION TO STRIKE EXHIBIT D FILED AS AN
ATTACHMENT TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, Madison County Office of Indiana Department of Child Services a/k/a

Indiana Family and Social Services Administration a/k/a Office of Family and Children

("Defendant"), moves to strike Exhibit D, the Affidavit of Marilyn Scales, filed as an

attachment to its motion for summary judgment on grounds that pages 3 and 4 of the 5-

page affidavit are missing.  It requests that the Exhibit D attached to the motion to strike

be treated as the original for all purposes.  There being no objection, the court now

**GRANTS** Defendant's motion.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that

Defendant's Motion to Strike Exhibit D Filed as an Attachment to Defendant's Motion

for Summary Judgment (Docket # 41) is hereby stricken and the replaced Exhibit D shall

1

be treated as the original for all purposes.


**SO ORDERED** this __11th__ day of April 2007.


_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana


Electronic Copies to:

Kevin W. Betz
BETZ & ASSOCIATES
kbetz@betzadvocates.com

Cynthia B. De Nardi
INDIANA STATE ATTORNEY GENERAL
cynthia.denardi@atg.in.gov

Elizabeth Ann Mallov
BETZ & ASSOCIATES
emallov@betzadvocates.com

Juliana B. Pierce
INDIANA STATE ATTORNEY GENERAL
Julie.Pierce@atg.in.gov